

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00364-CR
No. 10-15-00365-CR
No. 10-15-00367-CR
No. 10-15-00368-CR

**JEREMIAH TENNON,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

From the 278th District Court
Walker County, Texas
Trial Court Nos. 26,693, 26,695, 26,799 and 26,807

## MEMORANDUM OPINION

Jeremiah Vadald Tennon appeals the trial court's judgments dated May 28, 2015.

Tennon's notice of appeal for each appeal is untimely. The notices were due June 29,

2015. *See* TEX. R. APP. P. 26.2(a). The notices were filed on October 23, 2015.

This Court has no jurisdiction over an appeal where the notice of appeal is untimely. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Accordingly, these appeals are dismissed.[1]


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals dismissed
Opinion delivered and filed October 29, 2015
Do not publish
[CR25]



---

[1] A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).